# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144257

EDWARD JAMES CROMER,
      Plaintiff-Appellant,

v

                                    SC: 144257
                                    COA: 304267

WARDEN, BARAGA CORRECTIONAL
FACILITY,
                                    Baraga CC: 11-006171-AH
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 22, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013                                    _____
                                                 Clerk

s0422